

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-11-00286-CR

Terrall **GUIDRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0358W
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
          Phylis J. Speedlin, Justice
          Rebecca Simmons, Justice

Delivered and Filed:  June 29, 2011

DISMISSED

     Appellant filed a motion to dismiss this appeal and requests immediate issuance of the mandate.  The motion is **GRANTED**, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish